AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 21 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

DANIEL CASANOVA, et al.  )
*Plaintiff*  )
v.  )   Civil Action No. 5:13-CV-1161-DAE
GOLD'S TEXAS HOLDINGS GROUP, INC.  )
*Defendant*  )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court GRANTS IN PART AND DENIES IN PART the Joint Motion to Approve the Settlement. (Dkt. # 114.) The Court APPROVES the Settlement Agreement, but DENIES the request to withdraw the Court's Summary Judgment Order. The Court ORDERS this case DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David A. Ezra   on a motion for

Date:   10/21/2016

CLERK OF COURT

_____
Robert F. Flaig
*Signature of Clerk or Deputy Clerk*